Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                          Criminal No.        17-201-3

KONSTANTIN KILIMNIK                          Category      B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on __8/25/2023__ from __Judge Amy Berman Jackson__ to __Calendar Committee__ by direction of the Calendar Committee.

(Defendant is a Fugitive)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:     Judge Amy Berman Jackson         & Courtroom Deputy
        Calendar Committee
        U.S. Attorney's Office – Judiciary Square Building, Room 5133
        Statistical Clerk